# EXHIBIT A



# Addendum to all Consumer Checking Accounts (excluding Basic Banking) Terms & Charges Disclosure

Effective September 9, 2019, the Statement Services section is revised to clarify when Statements are provided.

| STATEMENT SERVICES | Statements | Monthly | A periodic statement is provided for each monthly cycle in which a transaction has occurred and at least quarterly if no transactions have occurred. |
|---|---|---|---|

All other information within your Terms & Charges Disclosure, including any prior amendments, remains in effect.



# Addendum to HSBC Advance
# Terms & Charges Disclosure

Effective June 3, 2019, the eligibility criteria for HSBC Advance checking has been expanded to include any HSBC U.S. residential mortgage loan.

**The *Eligibility* section of the HSBC Advance Terms & Charges Disclosure is amended to read as follows:**

| ELIGIBILITY | The HSBC Advance account is available to consumers (including any consumer who is a Qualifying Principal as defined below) who have a U.S. personal and qualifying commercial related combined deposit balance in U.S. Dollar accounts and investment balance of at least $10,000 OR at least $5,000 with a recurring direct deposit from a third party to an HSBC Advance checking account at least once per calendar month OR any HSBC U.S. residential mortgage loan. |
|---|---|

**The *Monthly Maintenance Fee* section of the HSBC Advance Terms & Charges Disclosure is amended to read as follows:**

| MONTHLY MAINTENANCE FEE | Monthly Maintenance Fee    $25 |
|---|---|
| | If your U.S. personal and qualifying commercial related combined deposit balance in U.S. Dollar accounts and investment balance are below the required $10,000 OR is below the required $5,000 with a recurring direct deposit from a third party to your HSBC Advance checking account at least once per calendar month OR you do not have any HSBC U.S. residential mortgage loans. For purposes of this disclosure, the month for qualifying deposit accounts is the calendar month prior to the assessment of the Monthly Maintenance Fee. Qualifying investment balances are determined on the last business day of the calendar month prior to the assessment of the Monthly Maintenance Fee. A calendar month is defined as the period of duration from the first date of one month to the last date of the same month, and thus can be 28 (29 during a leap year), 30, or 31 days long. For example, the duration from January 1 to January 31. Please see "QUALIFYING BALANCES" section for more information. Qualifying direct deposits are electronic deposits of regular periodic payments (such as salary, pension, Government Benefits or other monthly income) made into your HSBC Advance checking account from third parties at least once per calendar month. |
| | The Monthly Maintenance Fee will be assessed on the second Business Day following the first Friday of the next calendar month unless New Year's Day falls on a Friday, then the assessment is delayed by one week. |
| | You will not be assessed a Monthly Maintenance Fee for the calendar month in which you opened your account. In addition, you will have the next 3 months after the account opening month to meet the minimum balance requirement or minimum balance with direct deposit requirement before being assessed a Monthly Maintenance fee. |

**The *Qualifying Balances* section will be expanded to include the following:**

| QUALIFYING BALANCES | Qualifying Mortgage Balances for HSBC Advance Include | Any existing HSBC U.S. residential mortgage loan. If HSBC ceases to own the loan (e.g., third party refinance, loan pay off, foreclosure, portfolio sale), it will no longer qualify. The loan must be for a singular mortgage and not an aggregate of multiple mortgages. Home Equity products are not included. |
|---|---|---|

All other information within your Terms & Charges Disclosure, including any prior amendments, remains in effect.

🏠 Equal Housing Lender



# HSBC ADVANCE

# TERMS & CHARGES DISCLOSURE[1]

The following information was correct as of 11/01/2019
Have questions or need current rate information?
Call us at 866.584.HSBC (4722)

**It's important that you understand exactly how your HSBC Advance checking account works. We've created this summary to explain the fees and some key terms of your account.**

| ELIGIBILITY | The HSBC Advance account is available to consumers (including any consumer who is a Qualifying Principal as defined below) who have a U.S. personal and qualifying commercial related combined deposit balance in U.S. Dollar accounts and investment balance of at least $10,000 OR at least $5,000 with a recurring direct deposit from a third party to an HSBC Advance checking account at least once per calendar month. |
|---|---|

| RATE INFORMATION (For more details, see HOW INTEREST AND APY WORK section) | Minimum Balance to Obtain APY | Interest Rate | Annual Percentage Yield (APY) |
|---|---|---|---|
| | $10,000 or more | 0.01% | 0.01% |
| | $3,000 or more but less than $10,000 | 0.01% | 0.01% |
| | $1,000 or more but less than $3,000 | 0.01% | 0.01% |
| | $5 or more but less than $1,000 | 0.01% | 0.01% |
| | Less than $5 | No Interest Earned | No APY Earned |

**Minimum Balance requirements to earn interest are met by maintaining a "Daily Balance" of specified dollar amounts in your relationship checking account.**

| ADDITIONAL RATE INFORMATION | Method Used to Compute Interest | **Daily Balance** | This method applies a daily periodic rate to the principal in the account each day. |
|---|---|---|---|
| | Compounding Period | **Monthly** | |
| | Interest is Credited | **Monthly** | |

| MONTHLY MAINTENANCE FEE | Monthly Maintenance Fee | $25 |
|---|---|---|
| | If your U.S. personal and qualifying commercial related combined deposit balance in U.S. Dollar accounts and investment balance are below the required $10,000 OR is below the required $5,000 with a recurring direct deposit from a third party to your HSBC Advance checking account. For purposes of this disclosure, the month for qualifying deposit accounts is the calendar month prior to the assessment of the Monthly Maintenance Fee. Qualifying investment balances are determined on the last Business Day of the calendar month prior to the assessment of the Monthly Maintenance Fee. A calendar month is defined as the period of duration from the first date of one month to the last date of the same month, and thus can be 28 (29 during a leap year), 30, or 31 days long. For example, the duration from January 1 to January 31. Please see "QUALIFYING BALANCES" section for more information. Qualifying direct deposits are electronic deposits of regular periodic payments (such as salary, pension, Government Benefits or other monthly income) made into your HSBC Advance checking account from third parties at least once per calendar month. | |
| | The Monthly Maintenance Fee will be assessed on the second Business Day following the first Friday of the next calendar month. If New Year's Day falls on a Friday, the assessment is delayed by one week. | |
| | You will not be assessed a Monthly Maintenance Fee for the calendar month in which you opened your account. In addition, you will have the next 3 months after the account opening month to meet the minimum balance requirement or minimum balance with direct deposit requirement before being assessed a Monthly Maintenance Fee. | |
| | Excess Withdrawal Fee | $0 |

| ACCOUNT FUNDING INFORMATION | Minimum Deposit to Open | $0 | When account opened by a Bank representative. |
|---|---|---|---|
| | Minimum Deposit to Open Online | $1 | Including computer self-serve account openings in a branch. |
| | Maximum Daily Online Limit | $350,000 | Maximum when funding the account or making additional daily deposits/withdrawals with an electronic transfer to or from another financial institution. |

# HSBC ADVANCE

## TERMS & CHARGES DISCLOSURE[1]

| | | | |
|---|---|---|---|
| **AUTOMATED TELLER MACHINE (ATM) AND OTHER ELECTRONIC FUND TRANSFER (EFT) FACILITY CHARGES[2]** | U.S. HSBC ATM Fees[3] | **$0** | For using an HSBC Bank USA, N.A. ATM to complete any transaction in the U.S. |
| | Other ATM Fees[3] | **$0** | For each withdrawal, balance inquiry or transfer using a non-HSBC ATM. (You may also be charged additional fees by the ATM operator or network used including a fee by another HSBC entity operating ATMs outside the U.S.) |
| | Currency Conversion on Foreign Transactions[4] | **Varies** | When transacting in a foreign country, even in U.S. dollars, a conversion rate will be applied to determine the transaction amount on the posting date which may be different from your transaction date. |
| | Foreign Transaction Fee[5] | **3%** | The percentage of the transaction amount after conversion to U.S. dollars. |

**Fees for when you don't have enough money, or enough available money in your account to pay the transaction.**

| | | | |
|---|---|---|---|
| **OVERDRAFT AND RETURNED ITEMS FEES** | Insufficient Funds (NSF) | **$35** | For each withdrawal, check, electronic funds transfer or other item that overdraws your account. A fee is charged whether we pay or return the item. Example: When a check is presented for payment from your account and you don't have enough money to cover the check, we return or pay it and charge a fee. However, if your ledger balance at the end of the Business Day is overdrawn by $10 or less, there is no fee. |
| | Unavailable Funds (UNA) | **$35** | For each withdrawal, check, electronic funds transfer or other item that is drawn against unavailable funds. A fee is charged whether we pay or return the item. Example: When a check is presented for payment from your account and the money in your account is not available for use, we will return or pay it and charge a fee. However, if your available balance at the end of the Business Day is overdrawn by $10 or less, there is no fee. Please see "HOW DEPOSITS AND WITHDRAWALS WORK" section to learn more about funds availability. |
| | Maximum Number of Overdraft Fees | | HSBC will only charge you a maximum of 3 combined NSF or UNA fees per day. |
| | Overdraft Fees resulting from ATM and everyday debit card transactions | **$0** | We do not authorize and pay overdrafts for ATM and everyday debit card transactions unless you are using an overdraft protection plan to cover these transactions. An overdraft protection plan with available funds is necessary to have these transactions paid. |
| | Overdraft Transaction Fee on linked Select Credit | **See Select Credit Summary of Terms** | For complete terms and conditions, see the HSBC Select Credit Account Summary of Terms for information on overdraft pricing. |
| | Overdraft Transaction Fee on linked HSBC Credit Cards | **See applicable Credit Card Summery of Terms** | Overdraft Transaction Fees vary by Credit Card. Therefore, please refer to the applicable HSBC Credit Card Summary of Terms for information on overdraft pricing. |
| | Extended Overdraft Fee | **$0** | HSBC does not charge extended overdraft fees. |

**HSBC ADVANCE**

**TERMS & CHARGES DISCLOSURE**[1]

| | | | |
|---|---|---|---|
| **STATEMENT SERVICES** | Statements | **Monthly** | A record of your transactions is mailed or made available periodically. |
| | Recordcheck® Service | **No Cost** | The Bank will keep a record of your cancelled checks instead of providing image copies of the front and back of cancelled checks with your statement. If you need a copy of a cancelled check, the Bank will mail it to you. A reconstruction fee may apply if you request a total reconstruction (copies of all checks and/or statements) for one or more statements. |
| | Monthly Image Cancelled Check Return Fee | $3 | Per month for Image of Cancelled Check Return Service, which is charged if there are cancelled check images displayed on the statement.  This fee is waived if the account is enrolled in eStatements through HSBC Personal Internet Banking. This fee is waived if your account was opened and maintained by a branch in the State of Washington. |
| | Copy of Item or Statement | $5 | For each item or statement. |
| | Statement Reconstruction | $40 | Per hour plus copy fees. A total reconstruction provides copies of all checks and/or statements for one or more statements. |
| | Interested Party Statement | $5 | For each statement sent to a third party at the customer's request. |
| **OTHER ACCOUNT RELATED FEES** | Account Closing | $25 | If your account is closed within 180 days of opening. |
| | Balance Verification Letter | $20 | For each original letter provided verifying your deposit account(s) with us. |
| | | $5 | For each additional copy. |
| | Chargeback | $10 | For each check or other item that you deposit that is returned to us unpaid. |
| | Checkbook Supplies | **Varies** | Charges for personal checks, deposit slips or other banking supplies varies based on items ordered. |
| | Legal Papers | $100 | For each court order, restraining notice, levy or other legal paper that requires us to put a hold on your account or to pay out money from your account to someone else. |
| | Reconcilement | $50 | Per hour if you cannot balance your statement and do not bring it to our attention before you received your next statement, we may charge you an hourly fee to locate the error. |
| | Stop Payment | $30 | For each stop payment order placed. |

**HSBC ADVANCE**

**TERMS & CHARGES DISCLOSURE**[1]

| | | | |
|---|---|---|---|
| **OTHER MISCELLANEOUS SERVICE FEES** subject to change without notice | Canadian Check Processed | **$2** | Each |
| | Domestic Collection | **$25** | For collection of a check drawn against a U.S. institution instead of depositing it to your HSBC account, or when you authorize another institution to close your HSBC account. This fee is $15 if your account was opened and maintained by a branch in the State of California, Washington or Oregon. |
| | Funds (Wire) Transfer-In[6] | **$12** | Per incoming transfer. |
| | Funds (Wire) Transfer-Out - Domestic and International | | For applicable transfer fees, please refer to the Pre-Payment and Receipt Disclosures received at the time of your wire transaction. |
| | Cashier's Check - DFT (Commission USD[6]) | **$10** | For each U.S. Dollar Draft or Cashier's Check purchased in U.S. dollars. |
| | Protest Letter | **$20** | Each. This fee is waived if your account was opened and maintained by a branch in the State of California. |
| | Special Statement | **$6** | For each request generated outside the normal statement cycle. |
| **QUALIFYING BALANCES** | Personal Related Combined Deposit (in U.S. Dollar accounts) and Investment Balances | | Personal accounts with qualified personal balances will be related to your HSBC Advance checking account upon your request. Related personal accounts that close during the calendar month will not be included in the related combined balance for that calendar month. |
| | Qualified Personal Balances for HSBC Advance Include | | • Average ledger balance in your HSBC Bank USA, N.A. personal checking, savings, Trust and/or Certificate of Deposit U.S. Dollar accounts for the calendar month.<br>• The current U.S. Dollar market value of assets held in your HSBC Securities (USA) Inc. brokerage account.+<br>• Current contract value of annuities owned by you and purchased through HSBC Securities (USA) Inc. and for which an agent of HSBC Securities (USA) Inc. is the agent of record.+ |
| | Qualifying Principal | | Must be a consumer and includes – the owner of a sole proprietorship; the general or majority partner in a limited partnership; majority shareholder of a closely held corporation; or a majority partner in a general partnership. A change in your status as a qualifying principal must be reported to HSBC. |
| | Commercial Related Combined Deposit (in U.S. Dollar accounts) and Investment Balances | | Commercial accounts with qualified commercial balances will be related to a qualifying principal's HSBC Advance checking account upon request. Related commercial accounts that close during the calendar month will not be included in the related combined commercial balance for that calendar month. |
| | Qualified Commercial Balances for HSBC Advance Include | | • Average ledger balance in any HSBC Bank USA, N.A. commercial checking, savings, Trust and/or Certificate of Deposit U.S. Dollar accounts for the calendar month.<br>• The current U.S. Dollar market value of assets held in your HSBC Securities (USA) Inc. brokerage account.+<br>• Current contract value of eligible commercial annuities owned and purchased through HSBC Securities (USA) Inc. and for which an agent of HSBC Securities (USA) Inc. is the agent of record.+<br>• Fiduciary accounts are not eligible as a qualified commercial balance, e.g., IOLA, Rent Security, etc. |

+ Investment and certain insurance products, including annuities, are offered by HSBC Securities (USA) Inc. (HSI), member NYSE/FINRA/SIPC. In California, HSI conducts insurance business as HSBC Securities Insurance Services. License #: **OE67746**. HSI is an affiliate of HSBC Bank USA, N.A. Whole life, universal life, term life, and other types of insurance are provided by unaffiliated third parties and offered through HSBC Insurance Agency (USA) Inc., a wholly owned subsidiary of HSBC Bank USA, N.A. Products and services may vary by state and are not available in all states. California license #: **OD36843**.

**Investments, Annuity and Insurance Products: Are not a deposit or other obligation of the bank or any of its affiliates; Not FDIC insured or insured by any federal government agency of the United States; Not guaranteed by the bank or any of its affiliates; and subject to investment risk, including possible loss of principal invested.**

**All decisions regarding the tax implications of your investment(s) should be made in connection with your independent tax advisor.**

**HSBC ADVANCE**

**TERMS & CHARGES DISCLOSURE[1]**

| | | |
|---|---|---|
| **HOW INTEREST AND APY WORK** | Interest Rate Changes | Your interest rate and APY may change. We may change the interest rate, solely at our discretion, at any time. |
| | Annual Percentage Yield | Is based on principal and interest left on deposit for a full 365 day year with interest compounded at the same interest rate. Withdrawal of interest will result in a lower Annual Percentage Yield than stated. |
| | Accrued Interest | Interest begins to accrue on the Business Day you deposit noncash items (e.g., checks). If you close your account before interest is credited, you will receive the accrued interest. |
| **HOW DEPOSITS AND WITHDRAWALS WORK** | The Order in Which Deposits and Withdrawals Are Processed | We post transactions to your account throughout the day in the order that we receive them.<br>For your benefit to minimize NSF/UNA fees that you could be charged, we take the following action at the end of the day. Once all items have posted to your account, we start with the ledger balance at the beginning of the day and sort all posted transactions in the following order to determine your end of day ledger balance:<br>1. Add deposits and credits.<br>2. Subtract fees resulting from prior day activities which were not charged on the current day (e.g., Chargeback Fee).<br>3. Subtract outgoing wire transfers.<br>4. Subtract account withdrawals performed at the branch from lowest to highest dollar amount.<br>5. Subtract transactions that were authorized based on your available balance at the time you performed the transactions. Transactions will be sorted in lowest to highest dollar amount, regardless of the date the transaction was performed. Transactions include everyday debit card transactions, ATM withdrawals, and online transactions.<br>6. Subtract all other items in lowest to highest dollar amount.<br>7. Subtract fees resulting from current day activities (e.g., Stop Payment Fee).<br>After determining your end of day ledger balance, we subtract the amount of any deposit not currently available (refer to the Funds Availability section for more information) and subtract holds (e.g., debit card authorizations) from the end of day ledger balance to determine your available balance, and whether or not an overdraft fee is assessed. |
| | When Your Deposits Are Available (Funds Availability[7]) | • **Cash deposit with teller or at ATM:** Same calendar day the Bank receives the deposit.<br>• **Funds transfers between HSBC Bank USA, N.A. accounts in the same name and Global Transfers:** Same calendar day the Bank received the deposit.<br>• **Electronic direct deposit/Wire transfer:** Same Business Day the Bank receives the deposit.<br>• **Check deposit with teller or at ATM:**<br>  – The first $200 from a deposit of one or more non HSBC checks will always be made available on the first Business Day after the day of your deposit. The remainder of your deposit will be available no later than the second Business Day after the day of your deposit.<br>  – In some situations, we may notify you after your deposit is made that your funds will generally be available by the sixth Business Day after the day of your deposit.<br>A "Business Day" is every day except Saturday, Sunday and Federal holidays. |

# HSBC ADVANCE

# TERMS & CHARGES DISCLOSURE[1]

1 - BANK RULES - This document is part of the Rules For Consumer Deposit Accounts (the "Rules"). In case of inconsistency between this document and the Rules, this document governs all inconsistencies except for those in "HOW DEPOSITS AND WITHDRAWALS WORK" which shall be governed by the Rules.

2 - Cards referenced are issued by HSBC Bank USA, National Association ("HSBC Bank USA, N.A.").

3 - Electronic Fund Transfer (EFT) Facility Service Charges apply to your account when using your Debit Mastercard® card or ATM card. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

4 - Currency Conversion on Foreign Transactions
If you effect a transaction on your HSBC Bank Consumer Checking or Savings account at an EFT facility with your Debit Mastercard® card or ATM card in a currency other than U.S. dollars or effect a transaction in U.S. dollars outside the United States, Mastercard International Incorporated ("Card Association") will convert the transaction into a U.S. dollar amount. A currency conversion will occur even if the transaction is made in U.S. dollars. Card Association will act in accordance with the operating regulations or foreign currency conversion procedures then in effect. Currently the currency conversion rate used to determine the transaction amount in U.S. dollars for such transactions is either a government-mandated rate or a wholesale rate determined by Card Association for the processing cycle in which the transaction is processed. The currency conversion rate used by Card Association on the processing date may differ from the rate that would have been used on the transaction date or cardholder statement posting date.

5 - Foreign Transaction Fee*
If you effect a transaction on your HSBC Bank Consumer Checking or Savings account at an EFT facility with your Debit Mastercard® card or ATM card outside the United States, the transaction amount may be further increased by a percentage established from time to time by us.

* This Foreign Transaction Fee does not apply to transactions using your HSBC Jade World Debit Mastercard® card or HSBC Premier World Debit Mastercard® card.

6 - For owners of HSBC Premier checking products in the U.S., there is no charge.

7 - For complete details, please consult the Rules For Consumer Deposit Accounts which includes the Funds Availability Policy and Transaction Processing Times.

**WANT MORE INFO?** SEE THE <u>RULES FOR CONSUMER DEPOSIT ACCOUNTS</u>