# STROOCK

So Ordered,
/s/ 1/3/20

*[signature]*
12-5-19

November 27, 2019

Raymond A. Garcia
Direct Dial: 212.806.5485
Fax: 212.806.6006
rgarcia@stroock.com

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Chambers v. HSBC Bank USA, N.A., Case No. 1:19-cv-10436-AKH

Dear Judge Hellerstein:

We represent defendant HSBC Bank USA, N.A. ("HSBC") in the above-referenced action and write to request an extension of time to respond to the Complaint filed by plaintiff Patrice Chambers ("Plaintiff"). The current deadline for HSBC to respond is December 6, 2019. To provide HSBC with additional time to investigate the allegations in the Complaint and in light of the year-end holidays, HSBC requests a 30-day extension, to and including January 6, 2020, to respond to the Complaint. HSBC has not previously requested any extension and Plaintiff, by and through Plaintiff's counsel, consents to the extension requested herein.

Respectfully submitted,

*/s/ Raymond A. Garcia*

Raymond A. Garcia

cc:   All Counsel (via ECF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/19
```

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com