**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATRICE CHAMBERS, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A.<br><br>　　　　　　Defendant. | Civil Action No. 19-cv-10436<br><br>Hon. Edgardo Ramos |

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

**PLEASE TAKE NOTE** that, upon the accompanying Memorandum of Law, and Declaration of David M. Berger, Plaintiff Patrice Chambers shall move this court, before the Honorable Edgardo Ramos, United States District Judge, Southern District of New York, located at 40 Foley Square, Courtroom 619, New York, New York 10007, on a date and time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure Rule23(e)(2), approving the Class Action Settlement Agreement and certifying the Settlement Class.

Dated:  April 13, 2022

Respectfully submitted,

*/s/ David M. Berger*
David M. Berger
Eric H. Gibbs
GIBBS LAW GROUP, LLP
501 14th Street, Suite 1110
Oakland, CA 94612
(510) 350-9700
dmb@classlawgroup.com
ehg@classlawgroup.com

1

Jeffrey Kaliel
Sophia G. Gold
Kaliel Gold PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgold.com

John A. Kehoe (JK-4589)
KEHOE LAW FIRM, P.C.
41 Madison Avenue, 31st Floor
New York, NY 10010
(212) 804-7700
jkehoe@kehoelawfirm.com

*Counsel for Plaintiff and the Proposed Class*