UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICE CHAMBERS, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A.,<br><br>        Defendant. | Civil Action No. 1:19-cv-10436-ER<br><br>Hon. Edgardo Ramos |

**NOTICE OF MOTION AND MOTION FOR FINAL CLASS CERTIFICATION AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND REQUEST FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD**

**PLEASE TAKE NOTICE** that on October 20, 2022, at 11:00 a.m., a final approval hearing will be held before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, in Courtroom 619 of Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, or, subject to further order of the Court, by telephone or videoconference, at which Plaintiff Class Representatives Patrice Chambers will, and hereby does, move the Court, for entry of an Order that (1) grants final approval of the Settlement; (2) certifies the Settlement Class; (3) grants Plaintiff's request for payment of $658,333.33 (one-third (1/3) of the Settlement Amount) from the Settlement Fund as attorneys' fees to Class Counsel; (4) grants Plaintiff's request for payment of $56,250.82 from the Settlement Fund in reimbursement of litigation expenses that were advanced by Class Counsel;[1] and (5) grants

---

[1] The August 24, 2022 Memorandum in Support of Plaintiff's Motion for Approval of Attorneys' Fees, Expenses, and Service Award indicated that Class Counsel was requesting reimbursement of $31,050.82 in actual costs incurred. ECF No. 67 at 25. This amount was in error in that it omitted an invoice for Art Olsen in the amount of $25,200.00. *See* Declaration of Sophia G. Gold ¶ 2.

1

Plaintiff's request for payment of $5,000 from the Settlement Fund to Class Representative Chambers as a service award.

This Motion is based on this Notice of Motion and Motion, the Memorandum in Support of this Motion and all its exhibits, the Declaration of Sophia Gold, the Declaration of Karen Rogan and all its exhibits, the Settlement Agreement and Releases and all its exhibits, the argument of counsel, all papers and records on file in this matter, and such other matters as the Court may consider.

Dated: October 6, 2022                                              Respectfully submitted,

/s/ David M. Berger
David M. Berger
Eric H. Gibbs
GIBBS LAW GROUP, LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
(510) 350-9700
dmb@classlawgroup.com
ehg@classlawgroup.com

Jeffrey Kaliel
Sophia G. Gold
KALIEL GOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgold.com

John A. Kehoe (JK-4589)
KEHOE LAW FIRM, P.C.
41 Madison Avenue, 31st Floor New York, NY 10010
(212) 804-7700
jkehoe@kehoelawfirm.com

---

These expenses were not included in the class notice, though the notice otherwise informed Class Members that litigation expenses and settlement administration costs would be deducted from the Settlement Fund.

*Counsel for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2022, a true and accurate copy of the foregoing notice was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David M. Berger*
David M. Berger