UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICE CHAMBERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, N.A.,<br><br>Defendant. | Civil Action No. 1:19-cv-10436-ER<br><br>Hon. Edgardo Ramos |

### CY PRES DISTRIBUTION APPROVAL ORDER AND JUDGMENT

Pursuant to the Unopposed Motion For a Cy Pres Distribution from the Residual Settlement Fund to GreenPath Financial Wellness and New York Legal Assistance Group, it is hereby ordered that:

1. $47,066.82 shall be distributed to GreenPath Financial Wellness;

2. $47,066.81 shall be distributed to New York Legal Assistance Group; and

3. the clerk shall close the case.

**IT IS SO ORDERED.**

Dated: September 11, 2023
New York, New York

_____
Honorable Edgardo Ramos
United States District Judge